IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |  |
|---|---|---|
| **TIFFANY PELHAM,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 12-0166-CG-C |
| | ) | |
| **CITY OF DAPHNE, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The parties having advised the court that this action has settled, it it is hereby **ORDERED** that this case is **DISMISSED WITH PREJUDICE** subject to the right of any party to reinstate those claims within thirty (30) days of the date of this order should the settlement agreement not be consummated.

**DONE** and **ORDERED** this the 3rd day of June, 2013.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE